THOMAS P. O'BRIEN
United States Attorney
ROBB ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANDREW STOLPER (205462)
GREG STAPLES (155505)
Assistant United States Attorneys

    Ronald Reagan Federal Bldg. & U.S. District Courthouse
    411 West Fourth Street, 8th Floor
    Santa Ana, CA  92701
    Telephone:  (714) 338-3536
    Facsimile:  (714) 338-3708
    Andrew.Stolper@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. SA CR 07-60-JVS |
| Plaintiff, | ) ORDER |
| v. | ) |
| PAUL MIKUS, and<br>JOHN CRACCHIOLO | ) |
| Defendant. | ) |

    Based on the government's motion and the declaration of Andrew Stolper, the government is hereby authorized to release grand jury transcripts to the extent required by 18 U.S.C. § 3500.  These transcripts may now be provided to the defense.

//

//

//

//

1  These released transcripts may be used by the defense, or the
2  government, solely in preparation for trial.
3
4  IT IS SO ORDERED
5  Dated: June 30, 2008                 _____
6                                       HON. JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE